**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                     Plaintiff,          **ORDER**

           -against-                    **24-MJ-883 (JW)**

RANDYS RUIZ,

                    Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of a letter from the Bureau of Prisons indicating Mr. Ruiz has been transferred to FMC Butner within the last two weeks. The Parties are ordered to file a joint status letter by **October 8, 2024**, informing the Court as to why it took several months for Mr. Ruiz to be transferred to FMC Butner.

       SO ORDERED.

DATED:   New York, New York
               October 1, 2024

                                                                          */s/ Jennifer E. Willis*
                                                                          JENNIFER E. WILLIS
                                                                           United States Magistrate Judge