**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

RANDYS RUIZ,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

**24-MJ-883 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Counsel for the Parties are directed to attend an in-person status conference on October 29, 2024, at 1:00pm in Courtroom 228 at Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

DATED:    New York, New York
               October 17, 2024

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge