UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,

        -against-

RANDYS RUIZ,

                      Defendant.
------------------------------------------------------------------X

**ORDER**

**24-MJ-883 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 6, 2024, the Court held a status conference in this matter. The Parties are ordered to file a joint letter by 3:00pm on Friday, November 8, 2024. The joint letter should provide the Court with a status update on Mr. Ruiz.

On April 8, 2024, the Court issued an order stating that the BOP was to provide an interim report on Mr. Ruiz' medical and psychological condition, diagnosis, and prognosis 30 days after the date of the order. Dkt. No. 9. At today's conference, the Government represented on the record that the order was interpreted to mean the report was due 30 days after Mr. Ruiz arrived at a suitable facility, rather than 30 days after the date of the order. Mr. Ruiz has now been at FMC Butner for approximately 60 days and the Court still has not received a report. The Government and BOP are ordered to investigate and inform the court of which individual at FMC Butner was responsible for providing the interim report and why the Court is still not in receipt of it. The Government is to file a separate letter by 3:00pm Friday with this information.

       SO ORDERED.

DATED:   New York, New York
           November 6, 2024

                                                              _____
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge