**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              **ORDER**

        -against-

                              **24-MJ-883 (JW)**

RANDYS RUIZ,

               Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

        The Court is in receipt of the Parties' joint letter informing the Court that Mr. Ruiz has arrived at MDC Brooklyn. Dkt. No. 26. As discussed in the Parties' January 27, 2025 joint letter, the Parties are ordered to appear for a competency hearing. Dkt. No. 25. The hearing will be held on **February 24, 2025, at 10:00 AM** in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Promptly after the competency hearing, the Court intends to resume the presentment of Mr. Ruiz.

        SO ORDERED.

DATED:    New York, New York
               February 20, 2025

                                                                _____
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge