**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                    **ORDER**

                         -against-

                                                                               24-MJ-883 (JW)

RANDYS RUIZ,

                                      Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On February 24, 2025, this Court held a competency hearing in this matter. At the hearing, the Parties entered into evidence a certificate of restoration of competency and a forensic evaluation both which tendered an opinion that Mr. Ruiz does not suffer from any mental disease or disorder that would render him incompetent. This Court then found by a preponderance of the evidence, pursuant to 18 U.S.C. § 4241(e), that Mr. Ruiz has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

      SO ORDERED.

DATED:    New York, New York
                February 24, 2025

                                                                _____
                                                                JENNIFER E. WILLIS
                                                                United States Magistrate Judge