UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                     Plaintiff,

          -against-

RANDYS RUIZ,

                   Defendant.
----------------------------------------------------------------X

**ORDER**

**24-MJ-883 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the May 22, 2026 letter requesting that "a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of section 4247(b) and (c)" as set forth in 18 U.S.C. § 4241(b).

Based on the attached BOP medical and mental health records, the Court finds reasonable cause to believe that Mr. Ruiz "may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a).

Per the requirements of 18 U.S.C. § 4247(b) and (c), the Bureau of Prisons is ordered to examine Mr. Ruiz for competence within 30 days of this order. The psychiatric or psychological report shall be filed with the Court.

SO ORDERED.

DATED:    New York, New York
             June 1, 2026

                                   _Jennifer E. Willis_
                                  JENNIFER E. WILLIS
                                  United States Magistrate Judge