**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

-against-

RANDYS RUIZ,

Defendant.

---------------------------------------------------------------X

**ORDER**

**24-MJ-883 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the BOP's August 3 letter attaching the forensic evaluation of Mr. Ruiz dated July 30, 2026. The forensic evaluation is of the opinion that Mr. Ruiz is not competent to stand trial at this time.

The parties are directed to inform the Court by **August 7, 2026** regarding next steps. The parties can either proceed by way of hearing with live testimony or a hearing with a stipulated report.

Counselor Scholar must also inform the Court whether Mr. Ruiz will be transferred back from FCI Butner to the SDNY or whether he will waive Mr. Ruiz's appearance at the forthcoming hearing. Additionally, if Mr. Ruiz's presence is waived and he is subsequently found not competent, Counselor Scholar must also state whether Mr. Ruiz will be kept at FCI Butner for restoration services.

SO ORDERED.

DATED: New York, New York
August 5, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge