**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

-against-

RANDYS RUIZ,

Defendant.

------------------------------------------------------------------X

**ORDER**

**24-MJ-883 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the parties' joint letter at Dkt. No. 61. Counsel for the Parties are directed to attend the Competency Hearing on **August 21, 2026 at 11:00 AM** in Courtroom 228 at Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

DATED: New York, New York
August 11, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge