**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

-against-

RANDYS RUIZ,

Defendant.

---------------------------------------------------------------X

**ORDER**

**24-MJ-883 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the Government's November 17, 2026, letter updating the Court on Mr. Ruiz's treatment. The Court will await BOP's status update on December 17, 2026. Additionally, BOP's request to transmit its final evaluation report of Mr. Ruiz by April 6, 2027 is **GRANTED**.

SO ORDERED.

DATED: New York, New York
November 18, 2026

JENNIFER E. WILLIS
United States Magistrate Judge